UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY COATES,

        Plaintiff,

vs.

STRYKER SALES, LLC, a Michigan
Limited Liability Company f/k/a
STRYKER SALES CORPORATION,
a Michigan Corporation,

        Defendant.

Case No. 2:21-cv-11585
Hon. George Caram Steeh
Mag. Judge David R. Grand

| GASIOREK MORGAN | MILLER CANFIELD PADDOCK & STONE, PLC |
|---|---|
| Donald J. Gasiorek (P24987) | Richard Warren (P63123) |
| Attorneys for Plaintiff | Jennifer L. Sabourin (P55720) |
| 30500 Northwestern Hwy Suite 425 | Jessica B.K. Pask (P82212) |
| Farmington Hills, MI 48334 | Attorneys for Defendants |
| (248) 865-0001 / (248) 865-0002 (Fax) | 150 W. Jefferson Ave., Suite 2500 |
| dgasiorek@gmgmklaw.com | Detroit, MI 48226 |
| | (313) 963-6420 |
| | warren@millercanfiel.com |
| | sabourin@millercanfield.com |
| | pask@millercanfield.com |

**STIPULATED ORDER
OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

      HAVING BEEN DULY ADVISED by the parties in the above-captioned litigation that they have agreed to the entry of this Order dismissing all claims alleged by Plaintiff against Defendant in this matter with prejudice and without costs and/or attorneys' fees, and the Court being otherwise fully advised in the premises:

      **IT IS HEREBY ORDERED** that:

1. All claims alleged by Plaintiff in this lawsuit be, and hereby are, dismissed with prejudice and without costs and/or attorneys' fees.

2. This Order resolves the last pending claim and closes the case.

Dated: May 11, 2022                         s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            United States District Judge

STIPULATED:

/s/Donald J. Gasiorek (w/consent)           /s/Richard W. Warren
GASIOREK MORGAN                             Miller, Canfield, Paddock
Donald J. Gasiorek (P24987)                   and Stone, P.L.C.
Attorneys for Plaintiff                     Attorneys for Defendant
30500 Northwestern Hwy Suite 425            150 West Jefferson, Suite 2500
Farmington Hills, MI 48334                  Detroit, MI  48226
(248) 865-0001 / (248) 865-0002 (Fax)       (313) 963-6420
dgasiorek@gmgmklaw.com                      warren@millercanfield.com
                                            P-63123

Date: May 10, 2022